JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ESTATE OF BERT M. SABEL; SYLVIA ) <br> SABEL and NORMAN SABEL, Executors ) <br> of the Estate of Bert M. Sabel, ) <br> ) <br> Defendants. ) <br> _____) | No. 08-5580-SI <br><br> EX PARTE APPLICATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER <br><br> Date: April 24, 2009 <br> Time: 2:30 p.m. |

The United States respectfully requests that this Court reschedule the Case Management Conference currently scheduled for March 27, 2009, at 2:30, to April 24, 2009, in order to enable the United States to perfect service of process upon the Defendants.

Respectfully submitted,

JOSEPH RUSSONIELLO
United States Attorney

Date: March 19, 20009

/s/ Cynthia Stier
 CYNTHIA STIER
 Assistant United States Attorney
 Tax Division

//

1  _____          **ORDER**

2  Based upon the above Application, and for good cause appearing, the COURT HEREBY

3  ORDERS that the Case Management Conference, currently scheduled for March 27, 2009, at

4  2:30 p.m. is rescheduled to April 24, 2009, at 2:30 p.m.

5

6  SO ORDERED.

7  DATED: _____

8  SUSAN ILLSTON
   UNITED STATES DISTRICT JUDGE

28 US Application to Reschedule
   Case Management Conference,
   Case No. C06-5838 PJH(BZ)                2