```
JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
```

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No.  CV 08-05580-SI |
| ) | |
| Petitioners, ) | STIPULATION and [PROPOSED] |
| ) | ORDER TO RESCHEDULE |
| ) | CASE MANAGEMENT |
| ) | <u>CONFERENCE</u> |
| v. ) | |
| ) | |
| NEAL BARNETT, individually and NEAL ) | |
| BARNETT, AS PRESIDENT OF ) | Date: July 10, 2009 |
| SIGN-ON SYSTEMS, INC. ) | Time: 3:00 p.m. |
| ) | Place: Courtroom 10, 19th Floor |
| Respondent. ) | |

The parties hereby stipulate and agree, subject to the Court's approval, to the following:

1. A case management conference is currently scheduled for June 12, 2009, at 3:00 p.m.

2. The parties request that the Court reschedule the case management conference to July 10, 2009, at 3:00 p.m.

//

//

//

1

SO STIPULATED:

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

DATED: June 10, 2009                    /s/ Cynthia Stier
                                        CYNTHIA STIER
                                        Assistant United States Attorney
                                        Tax Division
                                              Attorneys for the United States


                                        DIMITRIOU & ASSOCIATES

DATED: June 10, 2009                    /s/
                                        ANDREW DIMITRIOU

                                            Attorney for Defendants

### ORDER

Pursuant to the Stipulation of the parties, and for good cause shown, IT IS ORDERED that the case management conference, currently scheduled for June 10, 2009 at 3:00 p.m. is rescheduled to July 10, 2009, at 3:00 p.m.

**SO ORDERED** this _____ day of _____, 2009, at San Francisco, California.

_____
**SUSAN ILLSTON**
**United States Distrcit Judge**

Stipulation and [proposed] Order,
Case No. 08-05580-SI

2