```
1  JOSEPH RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
   9th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7000

7  Attorneys for the United States of America
```

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. CV 08-05580-SI |
| Petitioner, | ) | |
| | ) | STIPULATION and [PROPOSED] |
| | ) | ORDER TO RESCHEDULE |
| | ) | CASE MANAGEMENT |
| | ) | CONFERENCE |
| v. | ) | |
| ESTATE OF BERT SABEL | ) | |
| ~~NEAL BARNETT, individually and NEAL~~ | ) | |
| ~~BARNETT, AS PRESIDENT OF~~ | ) | Date: July 24, 2009 |
| ~~SIGN-ON SYSTEMS, INC.~~ | ) | Time: 3:00 p.m. |
| | ) | Place: Courtroom 10, 19th Floor |
| Respondent. | ) | |

The parties hereby stipulate and agree, subject to the Court's approval, to the following:

1. Pursuant to a prior stipulation, the case management conference was rescheduled to r July 10, 2009, at 3:00 p.m.

2. The parties are hereby requesting that the case management conference be rescheduled to July 24, 2009, at 3:00 p.m. The reason for this request is to provide the parties time to complete formal and informal discovery which will benefit the parties and the court at the case management conference.

//

1

1  SO STIPULATED:

3              JOSEPH P. RUSSONIELLO
               United States Attorney

4  DATED: July 8, 2009     /s/ Cynthia Stier
5              CYNTHIA STIER
               Assistant United States Attorney
6              Tax Division
                   Attorneys for the United States

8              DIMITRIOU & ASSOCIATES

9  DATED: July 8, 2009     /s/ Andrew Dimitriou
               ANDREW DIMITRIOU

10                 Attorney for Defendants

12                         **ORDER**

13    Pursuant to the Stipulation of the parties, and for good cause shown, IT IS ORDERED
14 that the case management conference, currently scheduled for July 10, 2009 at 3:00 p.m. is
                           28          10:30 a.m.
15 rescheduled to July ~~24~~, 2009, at ~~3:00 p.m.~~

17    **SO ORDERED** this _____ day of _____, 2009,
18 at San Francisco, California.

19                 _____
                   **SUSAN ILLSTON**
20                 **United States Distrcit Judge**

Stipulation and [proposed] Order,
Case No. 08-05580-SI

2