```
JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
```

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>   )<br>              Plaintiff,         )<br>   )<br>         v.                        )<br>   )<br>ESTATE OF BERT M. SABEL; SYLVIA )<br>SABEL and NORMAN SABEL, Executors )<br>of the Estate of Bert M. SABEL,        )<br>   )<br>              Defendants         )<br>_____) | Case No.  08-5580-SI<br><br>**STIPULATION and [PROPOSED]<br>ORDER TO RESCHEDULE<br>SETTLEMENT CONFERENCE**<br><br>Date: October 8, 2009<br>Time: 9:00 a.m.<br>Place: Courtroom 10, 19th Floor |

The parties hereby stipulate and agree, subject to the Court's approval, to the following:

1.   The settlement conference, currently scheduled for August 11, 2009, at 9:00 a.m. is rescheduled to October 8, 2009, at 9:00 a.m.

SO STIPULATED:

                                                    JOSEPH P. RUSSONIELLO
                                                    United States Attorney

DATED: July 31, 2009          /s/ Cynthia Stier
                                                      CYNTHIA STIER
                                                        Assistant United States Attorney
                                                       Tax Division
                                                        Attorneys for the United States

Stipulation and [proposed] Order,
Case No. 08-05580-SI

1

DIMITRIOU & ASSOCIATES

DATED: July 31, 2009

/s/ Andrew Dimitriou
ANDREW DIMITRIOU
Attorney for Defendants

**ORDER**

Pursuant to the Stipulation of the parties, and for good cause shown, IT IS ORDERED that the settlement conference, currently scheduled for August 11, 2009, at 9:00 a.m. is rescheduled to October 8, 2009, at 9:00 a.m.

**SO ORDERED** this __3rd__ day of _____August_____, 2009, at San Francisco, California.

**BERNARD ZIMMERMAN**
**United States Magistrate Judge**

Stipulation and [proposed] Order,
Case No. 08-05580-SI

2