JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone: (415) 436-7000

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 08-05580-SI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| | ) | **SETTLEMENT CONFERENCE** |
| ESTATE OF BERT M. SABEL, et al., | ) | **AND [PROPOSED] ORDER** |
| | ) | |
| | ) | **Date: October 28, 2009** |
| Defendants. | ) | **Time: 9:00 a.m.** |
| | ) | **Place: Federal Building** |
| | ) |     **San Francisco** |
| | ) |     **15th Floor** |
| | ) |     **Courtroom G** |
| | ) | |

    The parties hereby stipulate and agree, subject to the Court's approval, to the following:

    The parties to this action, by and through their counsel, respectfully request that the Court continue the Case Management Conference currently scheduled for October 8, 2009, at 9:00 a.m. to October 28, 2009, at 9:00 a.m., or such other date as the Court orders.

IT IS SO STIPULATED:

                                              Respectfully submitted,

                                              JOSEPH RUSSONIELLO
                                              United States Attorney

Dated: _9/28/2009_ :                             _/s/ Cynthia Stier_

1
2          CYNTHIA STIER
           Assistant U.S. Attorney
           Attorneys for the United States of America
3
4  Dated: *9/29/2009* :                  */s/*
                                         ANDREW DIMITRIOU
5                                        Attorney for Defendants, Norman Sabel,
                                              Sylvia Sabel and Estate of Bert Sabel
6
7
8  **SO ORDERED**:
9
10 Dated:_ September 29, 2009        _____
                                    THE HONORABLE BERNARD ZIMMERMAN
11                                  UNITED STATES MAGISTRATE JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 **US v. Sabel,**
   **Case No. 08-05580-SI**
   **Stip. to Cont. Settlement**
   **Conf. and [Proposed] Order**           2