| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney<br>  9th Floor Federal Building |
| 5 |   450 Golden Gate Avenue, Box 36055<br>  San Francisco, California  94102 |
| 6 |   Telephone: (415) 436-7000 |
| 7 | Attorneys for United States of America |

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 08-05580-SI |
| | ) | |
| v. | ) | |
| | ) | STIPULATION TO CONTINUE |
| | ) | CASE MANAGEMENT |
| ESTATE OF BERT M. SABEL, et al., | ) | CONFERENCE AND |
| | ) | [PROPOSED] ORDER |
| | ) | |
| Defendants. | ) | Date: November 6, 2009 |
| | ) | Time: 3:00 p.m. |
| | ) | Place: Federal Building |
| | ) |         San Francisco |

The parties hereby stipulate and agree, subject to the Court's approval, to the following:

The parties to this action, by and through their counsel, respectfully request that the Court continue the Case Management Conference currently scheduled for October 23, 2009, at 3:00 p.m. to November 6, 2009, at 3:00 p.m.  The grounds for this request are as follows:

1.  The parties met for a settlement conference recently in an effort to investigate settlement prior to the settlement conference scheduled before the Honorable Magistrate Judge Bernard Zimmerman. The parties are considering a settlement structure which requires the Defendants to gather documents in support of the potential settlement.

2.  After their meeting, the parties requested that the settlement conference before

Judge Zimmerman be rescheduled to October 19, 2009.  The case management conference is currently scheduled for October 23, 2009.  The parties requested the continuance to enable the Defendant time to gather the necessary documents and time for the government to review those documents. Judge Zimmerman was unable to continue the settlement conference to October 19, 2009, but agreed to continue it to October 28, 2009, five days after the currently scheduled case management conference.

     3.     The parties request that this Court continue the case management conference to November 6, 2009, which is the next civil calendar hearing date following the settlement conference.

IT IS SO STIPULATED:

                                        Respectfully submitted,

                                        JOSEPH RUSSONIELLO
                                        United States Attorney

Dated: _9/28/2009_ :                     _/s/ Cynthia Stier_
                                        CYNTHIA STIER
                                        Assistant U.S. Attorney
                                        Attorneys for the United States of America

Dated: _9/29/2009_ :                     _/s/_
                                        ANDREW DIMITRIOU
                                        Attorney for Defendants, Norman Sabel,
                                        Sylvia Sabel and Estate of Bert Sabel

**SO ORDERED**:

Dated:_____                     _/s/ Susan Illston_
                                        THE HONORABLE SUSAN ILLSTON
                                        UNITED STATES DISTRICT JUDGE

US v. Sabel,
Case No. 08-05580-SI
Stip. to Cont. CMC
and [Proposed] Order        2