1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
2    THOMAS MOORE (ASBN 4305-O78T)
     Assistant United States Attorney
3    Chief, Tax Division
     CYNTHIA STIER (DCBN 423256)
4    Assistant United States Attorney
      9th Floor Federal Building
5      450 Golden Gate Avenue, Box 36055
      San Francisco, California  94102
6      Telephone: (415) 436-7000

7    Attorneys for United States of America

8

9            **IN THE UNITED STATES DISTRICT COURT FOR THE**

10                **NORTHERN DISTRICT OF CALIFORNIA**

11                  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 12   **UNITED STATES OF AMERICA,**       ) | |
| 13         **Plaintiff,**            ) | **No. 08-05580-SI** |
| 14     **v.**                    ) | **STIPULATION TO CONTINUE** |
| 15                      ) | **CASE MANAGEMENT CONFERENCE AND** |
| 16   **ESTATE OF BERT M. SABEL, et al.,**   ) | **[PROPOSED] ORDER** |
| 17         **Defendants.**         ) | **Date: November 6, 2009** |
| 18                      ) | **Time: 3:00 p.m.** |
| 19 | **Place: Federal Building**    **San Francisco** |

20       The parties hereby stipulate and agree, subject to the Court's approval, to the following:

21       The parties to this action, by and through their counsel, respectfully request that the Court

22 continue the Case Management Conference currently scheduled for October 23, 2009, at 3:00

23 p.m. to November 6, 2009, at 3:00 p.m.  The grounds for this request are as follows:

24       1.      The parties met for a settlement conference recently in an effort to investigate

25 settlement prior to the settlement conference scheduled before the Honorable Magistrate Judge

26 Bernard Zimmerman. The parties are considering a settlement structure which requires

27 the Defendants to gather documents in support of the potential settlement.

28       2.      After their meeting, the parties requested that the settlement conference before

1

1  Judge Zimmerman be rescheduled to October 19, 2009. The case management conference is

2  currently scheduled for October 23, 2009. The parties requested the continuance to enable the

3  Defendant time to gather the necessary documents and time for the government to review those

4  documents. Judge Zimmerman was unable to continue the settlement conference to October 19,

5  2009, but agreed to continue it to October 28, 2009, five days after the currently scheduled case

6  management conference.

7          3.     The parties request that this Court continue the case management conference

8  to November 6, 2009, which is the next civil calendar hearing date following the settlement

9  conference.

10

11  IT IS SO STIPULATED:

12                                          Respectfully submitted,

13

14                                          JOSEPH RUSSONIELLO
                                        United States Attorney

15

16  Dated: *9/28/2009* :                    */s/ Cynthia Stier*
                                        CYNTHIA STIER

17                                          Assistant U.S. Attorney
                                        Attorneys for the United States of America

18

19  Dated: *9/29/2009* :                    */s/*
                                        ANDREW DIMITRIOU

20                                          Attorney for Defendants, Norman Sabel,
                                        Sylvia Sabel and Estate of Bert Sabel

21

22  **SO ORDERED**:

23  Dated:_____                   _____

24                                THE HONORABLE SUSAN ILLSTON
                              UNITED STATES DISTRICT JUDGE

25

26

27

28

US v. Sabel,
Case No. 08-05580-SI
Stip. to Cont. CMC
and [Proposed] Order                 2