UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff(s), | ) | No. C08-5580 SI (BZ) |
| v. | ) | |
| | ) | **ORDER RE OVERDUE PAPERS** |
| ESTATE OF BERT M. SABEL, | ) | |
| Defendant(s). | ) | |

TO: Defendants and their attorney of record:

On 6/29/2009, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for 10/28/2009. Your statement was due 10/21/2009. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, defendants and their attorney of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: October 26, 2009

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\SABEL OVERDUE PAPERS.wpd

1