UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>ESTATE OF BERT M. SABEL, et al.<br><br>Defendant(s). | No.   C08-5580 SI (BZ)<br><br>**ORDER FOR PRODUCTION OF DOCUMENTS** |

Defendants are **ORDERED** by the close of business tomorrow, to produce to the government all documents they have which tend to substantiate any deductions from the claimed tax liability they wish the government to consider.

Dated: October 28, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

g:/-refs/refs.09/usa.sabel.produce documents.wpd

1