UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff(s), )<br>)<br>)<br>v. )<br>)<br>ESTATE OF BERT M. SABEL, et )<br>al. )<br>)<br>Defendant(s). )<br>_____ ) | No.   C08-5580 SI (BZ)<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to this Court's settlement conference order, defendants were ordered to lodge a settlement conference statement by October 21, 2009. No statement was lodged by that day. Yesterday at 3:13 p.m. a document entitled the government's Case Management Statement was lodged. This was apparently an attempt by defendants to lodge a late settlement conference statement.

The conference was scheduled to begin this morning at 9:00 a.m. Defendants did not appear until 9:25 a.m. The settlement conference was not particularly productive because the

g:/-refs/refs.09/usa.sabel.sc.wpd         1

1 | defendants had not provided the government with certain
2 | documentation to substantiate their position that they are
3 | entitled to certain deductions from the claimed tax liability.
4 |     All of these acts contributed to a non-productive
5 | settlement conference.  Defendants are therefore **ORDERED** to show
6 | cause in writing by **November 12, 2009** why they should not be
7 | held in contempt or otherwise sanctioned for failing to comply
8 | with this Court's Settlement Conference Order.  A hearing on the
9 | Order To Show Cause will be held on **December 2, 2009 at**
10 | **10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450
11 | Golden Gate Avenue, San Francisco, California 94102.  Defense
12 | counsel shall appear personally at the hearing.
13 |     If counsel wishes to avoid the hearing, he may contribute
14 | **$250.00** to St. Anthony's Dining Room, 121 Golden Gate Avenue,
15 | San Francisco, CA 94102 or Glide Memorial Church Program, 330
16 | Ellis Street, San Francisco, CA 94102.  If proof of payment is
17 | received in chambers on or before **November 24, 2009**, the Order
18 | To Show Cause will be discharged.
19 | Dated: October 28, 2009

                                                       Bernard Zimmerman
                                            United States Magistrate Judge

24 | g:/-refs/refs.09/USA.SABEL. OSC.FINAL VERSION.wpd