UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff(s),<br><br>     v.<br><br>ESTATE OF BERT M. SABEL, et al.<br><br>          Defendant(s). | )<br>)<br>)   No.   C08-5580 SI (BZ)<br>)<br>)<br>)<br>)   **ORDER DISCHARGING**<br>)   **ORDER TO SHOW CAUSE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

     It is hereby **ORDERED** that the Order to Show Cause issued on October 28, 2009 is **DISCHARGED.**

Dated: November 25, 2009

                                   Bernard Zimmerman
                              United States Magistrate Judge

g:/-refs/refs.09/USA.SABEL. DISCHARGING OSC.wpd

1