JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7000

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | No. 08-05580-SI |
|     **Plaintiff,** ) | |
| v. ) | **STIPULATED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER** |
| **ESTATE OF BERT M. SABEL, et al.,** ) | |
|     **Defendants.** ) | |

**IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY**

**REQUESTED** by and between the United States of America, and defendants, Sylvia Sabel and Norman Sabel, Executors of the Estate of Bert M. Sabel, as reflected by the signatures of their counsel as set forth below, that this case be dismissed, with prejudice to allow the parties to enter into a settlement to resolve the case in its entirety. Said settlement offer must be approved by a delegate of the Assistant Attorney General for Tax in Washington, D.C. Accordingly, the parties stipulate to dismiss this action provided, however, that if any party notifies this Court on or before April 22, 2010, that settlement has not been reached, then this order shall stand vacated

///

///

///

///

and this case shall forthwith be restored to the calendar and a case management conference scheduled.

JOSEPH RUSSONIELLO
United States Attorney

Dated: January 25, 2010                             /s/
_____
CYNTHIA STIER
Assistant United States Attorney
Tax Division


Dated: January 25, 2010                             /s/
_____
ANDREW DIMITRIOU
Counsel for Defendants, Sylvia Sabel and
Norman Sabel, Executors of the Estate of
Bert M. Sabel

## ORDER

Pursuant to the Stipulation of the Plaintiff, United States of America, and Defendants, Sylvia Sabel and Norman Sabel, Executors of the Estate of Bert M. Sabel, and for good cause shown,

**IT IS HEREBY ORDERED** that this action is dismissed, with prejudice, provided, however, that if any party notifies this Court on or before April 22, 2010, that a settlement has not been reached, then this order shall stand vacated and this case shall forthwith be restored to the calendar and the case management conference rescheduled.

**SO ORDERED**.

Dated: _____        _____
SUSAN ILLSTON
U.S. DISTRICT JUDGE

US v. Bert Sabel, et al.,
Case No. CV-08-05580-SI
Stipulated Request to Dismiss Case
and [proposed] Order                2