```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
      9th Floor Federal Building
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California  94102
6     Telephone: (415) 436-7000

7  Attorneys for United States of America
```

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 08-05580-SI |
| | ) | |
| v. | ) | STIPULATED REQUEST FOR DISMISSAL AND |
| | ) | [PROPOSED] ORDER |
| ESTATE OF BERT M. SABEL, et al., | ) | |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED** by and between the United States of America, and defendants, Sylvia Sabel and Norman Sabel, Executors of the Estate of Bert M. Sabel, as reflected by the signatures of their counsel as set forth below, that this case be dismissed, with prejudice to allow the parties to enter into a settlement to resolve the case in its entirety.  Said settlement offer must be approved by a delegate of the Assistant Attorney General for Tax in Washington, D.C.  Accordingly, the parties stipulate to dismiss this action provided, however, that if any party notifies this Court on or before April 22, 2010, that settlement has not been reached, then this order shall stand vacated

///

///

///

///

and this case shall forthwith be restored to the calendar and a case management conference scheduled.

JOSEPH RUSSONIELLO<br>
United States Attorney

Dated: January 25, 2010                                  /s/

CYNTHIA STIER<br>
Assistant United States Attorney<br>
Tax Division

Dated: January 25, 2010                                  /s/

ANDREW DIMITRIOU<br>
Counsel for Defendants, Sylvia Sabel and<br>
Norman Sabel, Executors of the Estate of<br>
Bert M. Sabel

## ORDER

Pursuant to the Stipulation of the Plaintiff, United States of America, and Defendants, Sylvia Sabel and Norman Sabel, Executors of the Estate of Bert M. Sabel, and for good cause shown,

**IT IS HEREBY ORDERED** that this action is dismissed, with prejudice, provided, however, that if any party notifies this Court on or before April 22, 2010, that a settlement has not been reached, then this order shall stand vacated and this case shall forthwith be restored to the calendar and the case management conference rescheduled.

**SO ORDERED**.

Dated: _____                    _____
                                                  SUSAN ILLSTON
                                                  U.S. DISTRICT JUDGE

US v. Bert Sabel, et al.,
Case No. CV-08-05580-SI
Stipulated Request to Dismiss Case
and [proposed] Order                      2